## HITCHCOCK v. TOWN OF LITCHFIELD

Where a town grant is to soldiers who have enlisted, as well as to those who shall, it is binding on the town as to those who have, as well to those who shall enlist. ·

ACTION, declaring that said town at a legal town meeting, holden on the 15th day of April A. D. 1777; made and passed the following vote or grant, viz. Voted to pay on the 1st day of January annually, out of the treasury of the town, to each noncommissioned officer and soldier, who already hath, or here-after shall enlist, into either of the continental battalions, now raising in this state, for three years or during the war; after the rate of £12 per annum, during the time of his continuance in said service after this day, to the number of ninety-two; that being the quota of this town to raise. And that the plaintiff enlisted agreeable to said vote, for three years, and faithfully served for a number of years, and was reckoned in the quota of said town, and for the year A. D. 1779, the selectmen drew an order on the treasurer of said town for said sum, that he presented said order to him for payment, and he refused to accept or pay it; of which said selectmen were duly notified on the.        day of        and thereupon the defendants became liable to pay, and in consideration thereof assumed, etc.

Plea in bar — That said order issued by mistake, for that the plaintiff enlisted on the 5th of April, A. D. 1777, before said vote had passed, and so it could be no inducement to him to enlist, and said order was without consideration. To this plea a demurrer was given.

Judgment of the court — Plea insufficient; and for the plaintiff to recover.

The grant, is expressly to such as had already enlisted as well as to those who should thereafter enlist — and the vote is equitable and just in itself; the public service and the plaintiff's performing it is a good and sufficient consideration.